NELROSE REALTY COMPANY, RELATOR, v. CARL R. FRANKE, INSPECTOR, ETC., TOWNSHIP OF TEANECK, DEFENDANT.

Submitted October term, 1924—Decided December 31, 1924.

### Ordinances—Zoning—Case Within Rule in Ignaciunas v. Risley Case.

On *mandamus.*

Before Justices KALISCH, BLACK and CAMPBELL.

For the relator, *Maley & Maley.*

For the defendant, *Frederick W. Mattocks.*

PER CURIAM.

A rule to show cause was allowed in this case directed to Carl R. Franke, inspector of buildings of the township of Teaneck, Bergen county, New Jersey, why a peremptory writ of *mandamus* should not be issued, commanding him to issue a permit for the erection of a building in accordance with the plans and specifications filed by the relator.

We think the facts of this case fall within the principle laid down in the case of *Ignaciunas* v. *Risley,* 1 *N. J. Adv. R.* 1023; *affirmed,* 2 *Id.* 852, which case is controlling.

A peremptory writ is ordered upon paying of the legal fees.